In the Matter of the Arbitration between ANGLO-AMERICAN HIDES Co., INC., as Agents of NORTE EXPORTACAO, LTDA., Respondent, and MENKES FEUER, INC., Appellant.— Order unanimously modified to strike out the words "Anglo-American Hides Co., Inc., as agents of" from the order and, as so modified, affirmed, with $10 costs and disbursements to appellant. The disputes concerned were decided with respect to the rights of Norte Exportacao, Ltda. The award in effect was made not to Anglo-American Hides Co., Inc., as principal

but to Norte Exportacao, Ltda., as such principal and the words "Anglo American Hides Co., Inc., as agents of" may be construed as surplusage. In addition, it would seem the point of improper party was waived in that it was not timely raised. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.